IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Edward McCoy<br>Sandra Leah McCoy<br><br>Debtors | BK NO. 13-04036 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

Re: Loan # Ending In: 3064

                              Respectfully submitted,

                              **/s/ Joshua I. Goldman, Esquire**
                              Joshua I. Goldman, Esquire
                              Thomas Puleo, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406
                              Attorney for Movant/Applicant