```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 13-04036-RNO
Mark E. McCoy                                                     Chapter 13
Sandra Leah McCoy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: Jun 29, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db/jdb         +Mark E. McCoy,    Sandra Leah McCoy,    1550 Filbert Street,    York, PA 17404-5202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Gary J Imblum     on behalf of Joint Debtor Sandra Leah McCoy gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum     on behalf of Debtor Mark E. McCoy gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Milsteand and Associates, LLC    on behalf of Creditor    Select Portfolio Servicing
               dlipow@milsteadlaw.com,    bkecf@milsteadlaw.com
              Milsteand and Associates, LLC    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               dlipow@milsteadlaw.com,    bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARK E. MCCOY | : | |
| MARK EDWARD MCCOY | : | |
| SANDRA LEAH MCCOY | : | |
| SANDRA LEAH MCCOY | : | |
|     Debtor(s) | : | CASE NO. 1:13-BK-04036RNO |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | DOCKET NO: 71 |
| | : | |
| vs | : | |
| | : | |
| MARK E. MCCOY | : | |
| MARK EDWARD MCCOY | : | |
| SANDRA LEAH MCCOY | : | |
| SANDRA LEAH MCCOY | : | MOTION TO DISMISS |
|     Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed June 26, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about May 04, 2017,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(PJR)

Dated: June 29, 2017