Certificate Number: 01267-PAM-DE-022175936

Bankruptcy Case Number: 13-04036


01267-PAM-DE-022175936

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2013, at 4:17 o'clock PM CST, Sandra L McCoy completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 3, 2013   By: /s/Tiffany Pena

Name: Tiffany Pena

Title: Counselor

Certificate Number: 01267-PAM-DE-022175935

Bankruptcy Case Number: 13-04036


01267-PAM-DE-022175935

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2013</u>, at <u>4:17</u> o'clock <u>PM CST</u>, <u>Mark E McCoy</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 3, 2013</u>　　By:　<u>/s/Tiffany Pena</u>

　　　　　　　　　　　　　　　Name:　<u>Tiffany Pena</u>

　　　　　　　　　　　　　　　Title:　<u>Counselor</u>