```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 13-04036-HWV
Mark E. McCoy                                                 Chapter 13
Sandra Leah McCoy
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: PRadginsk            Page 1 of 1            Date Rcvd: Jul 17, 2018
                               Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         +Mark E. McCoy,   Sandra Leah McCoy,   1550 Filbert Street,   York, PA 17404-5202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Sandra Leah McCoy gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Mark E. McCoy gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Milstead and Associates, LLC    on behalf of Creditor    Select Portfolio Servicing
               dlipow@milsteadlaw.com, bkecf@milsteadlaw.com
              Milstead and Associates, LLC    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               dlipow@milsteadlaw.com, bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mark E. McCoy,<br>aka Mark Edward McCoy, | Chapter 13 |
| **Debtor 1** | Case No. 1:13–bk–04036–HWV |
| Sandra Leah McCoy,<br>aka Sandra L. McCoy, | |
| **Debtor 2** | |

Social Security No.:
xxx–xx–8818    xxx–xx–8610

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 17, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

**fnldec** (05/18)